# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYREE LAWSON,** : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **No. 18-3670** |
| : | |
| **SCI GRATERFORD DEPUTY** : | |
| **SUPERINTENDENT BANTA, et al.,** : | |
| **Defendants.** : | |

## ORDER

This 21st day of July, 2020, is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 59) is **GRANTED**.

Chambers shall serve this Order and accompanying Memorandum by First Class mail upon Plaintiff Tyree Lawson, JW-2704, at SCI-Phoenix, P.O. Box 244, Collegeville, PA 19426, posted this same date.

          /s/ Gerald Austin McHugh
          Gerald Austin McHugh
          United States District Judge